UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD HUNT, | : | |
| Plaintiff, | : | 3:20-CV-464 |
| | : | (JUDGE MARIANI) |
| v. | : | (Magistrate Judge Carlson) |
| CITY OF WILKES BARRE, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS 7TH DAY OF APRIL 2020, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 5) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 5) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff shall file an Amended Complaint addressing the deficiencies set out in the R&R within **21 days of the date of this Order**. Failure to timely file an Amended Complaint may result in the dismissal of this action.

4. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

                                              ___*s/ Robert D. Mariani*_____
                                              Robert D. Mariani
                                              United States District Judge