UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD HUNT, | : |
| Plaintiff, | : 3:20-CV-464 |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Carlson) |
| CITY OF WILKES BARRE, et al., | : |
| Defendants. | : |

**ORDER**

**AND NOW, THIS** \_\_\_21\_\_\_ **DAY OF SEPTEMBER 2020**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's supervisory and municipal liability claims against Wilkes-Barre City Police Chief Joseph Coffay and the City of Wilkes-Barre are **DISMISSED WITH PREJUDICE**. Defendants Wilkes-Barre City Police Chief Joseph Coffay and the City of Wilkes-Barre are **DISMISSED** from this action.

3. Plaintiff's claims against Defendant Charles Ross are **DISMISSED** and Defendant Ross is **DISMISSED** from this action.

4. The Clerk of Court is directed to **SERVE** Plaintiff's Amended Complaint (Doc. 7) on Defendant Matthew Smith.

5. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge