UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD HUNT, | : |
| Plaintiff, | : 3:20-CV-464 |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Carlson) |
| MATTHEW SMITH, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 3rd DAY OF DECEMBER, 2021, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 39) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 39) is **ADOPTED** for the reasons set forth therein.

2. Defendant Matthew Smith's Motion to Dismiss (Doc. 33) is **DENIED**.

3. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

_____
Robert D. Mariani
United States District Judge